ACCEPTED
03-13-00734-CR
5882480
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/30/2015 2:19:44 PM
JEFFREY D. KYLE
CLERK

**CONNIE J. KELLEY**
**Attorney at Law**
**1108 Lavaca #110-221**
**Austin, TX 78701**
**(512)445-4504**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/30/2015 2:19:44 PM
JEFFREY D. KYLE
Clerk

June 30, 2015


Jeffrey Kyle, Clerk
Third Court of Appeals
P.O. Box 12547
Austin, TX 78711-2547

Re:     Brian Dale Stone, Appellant vs. The State of Texas, Appellee
        Case No. 03-13-00734-CR

Dear Mr. Kyle:

Pursuant to Rule 48.4 of the Texas Rules of Appellate Procedure, I write to certify that I sent the defendant (Appellant) in the above-referenced case a copy of this Court's opinion and judgment within five days of the opinion being handed down, along with notification of his right to file a petition for discretionary review under Rule 68.  The documents and notification were sent by certified mail, return receipt requested, to Appellant's last known address.  Attached is a copy of the return receipt card verifying delivery.

                    Sincerely,

                    /s/ Connie J. Kelley
                    Connie J. Kelley

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

1. Article Addressed to:

Brian Dale Stone
TDCJ #1886785
9055 Spur 591
Amarillo, TX 79107-9696

A. Signature

X yB, _____   ☐ Agent
                  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

Brian Dale                          6.22.15

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☑ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7009 2820 0002 5497 2689

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540